## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JUSTINE LOUISE SIMON,      :
             Plaintiff,     :     NO. 1:20-cv-02064
                                  :

     -vs-                  :
                                  :     (CARLSON, M.J.)

KILOLO KIJAKAZI,         :
Acting Commissioner of     :
Social Security,           :
           Defendant.   :     **[FILED VIA ECF]**

## <u>ORDER</u>

AND NOW, this 18th day of April, 2022, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Justine Simon, is awarded fees in the amount of seven thousand two hundred Dollars and 00/100 Cents ($7,200.00). The EAJA award will be paid directly to Plaintiff, Justine Louise Simon, and sent to the business address of Plaintiff's counsel, Patrick Best, Esquire.  Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

S/Martin C. Carlson
MARTIN C. CARLSON
U.S. Magistrate Judge